IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR281-1 |
| | : | |
| SEAN MONROE WATKINS | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Clifton T. Barrett, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On January 14, 2025, ATF Industry Operations Investigator ("IOI") Kim Shultz initiated an unannounced Federal Firearm Licensee (FFL) compliance inspection at Southern Firearms, located at 5221 West Market Street, Greensboro, North Carolina. Southern Firearms is the retail sales storefront in Greensboro for Dana Safety Supply, Inc. (Dana Safety Supply). During the inspection, IOI Shultz began a physical inventory to account for 2,061 firearms reportedly located in the store. The store manager, Sean Monroe WATKINS, assisted IOI Shultz with the inventory.

Upon conclusion of the initial inventory, it was determined that approximately 273 firearms were missing. The missing firearms had been purchased and acquired by Southern Firearms between 2021 and 2025. IOI

Shultz provided WATKINS with the list of the missing firearms for reconciliation. It was also determined that other firearm accessories and vehicle parts were also missing from the business. WATKINS informed IOI Shultz he was resigning from employment the following day. Ten days later, on January 24, 2025, WATKINS submitted his resignation to Dana Safety Supply effective immediately.

Southern Firearms employees were interviewed after the discovery of the thefts. One employee, K.V., told investigators that WATKINS had given her a firearm, identified as a Shadow Systems handgun. This firearm had been reported stolen by Southern Firearms. K.V. voluntarily turned the handgun over to investigators. Two other employees, C.J. and B.C., told investigators that WATKINS had one customer, identified by the initials C.P., who would often meet with WATKINS in an area of the store generally off limits to customers. C.J. has also been approached by WATKINS about selling firearms on WATKINS' behalf – although neither was an FFL.

On March 14, 2025, ATF executed state arrest and search warrants for WATKINS at 8118 US Hwy 158, Reidsville, North Carolina. 55 firearms were recovered from the property, including 11 firearms reported stolen from Southern Firearms. Agents also recovered a Rare Breed trigger, a large quantity of ammunition, and two firearms which had been FFL transfers to

2

victims who had not yet taken possession of their firearms from Southern Firearms.

Later that same day Greensboro Police Department (GPD) TFO Bryson and GPD Detective Harrill conducted a custodial interview of WATKINS at the Rockingham County Jail. WATKINS waived his *Miranda* rights and agreed to answer questions. WATKINS admitted that he had ordered firearms through Southern Firearms and later stole and sold these firearms for personal gain. WATKINS stated he had formed a relationship with C.P. during his employment at Southern Firearms, and that he only dealt with C.P. when it came to selling stolen firearms. WATKINS stated that C.P. paid him cash for the numerous firearms he sold, monies which WATKINS admitted he in turn pocketed at the expense of Southern Firearms.

On March 20, 2025, a federal search warrant was executed at the residence of C.P., 3232 Islay Court, Greensboro. 68 firearms were recovered from the property, including 12 firearms reported stolen from Southern Firearms. Agent also recovered seven Polymer 80 ("Ghost Gun") kits and approximately 54,000 rounds of ammunition.

The final reconciliation on the property determined that in total 198 firearms had been stolen by WATKINS from Southern Firearms having a total value of $259,603.10 (restitution owing to Dana Safety Supply, Inc.). The two

FFL transfers resulted in restitution due and owing of $283.06 and $435.99 to the victims identified in the plea agreement. To date, except for the firearms recovered from the two search warrants, only 12 of the stolen firearms have been recovered by law enforcement.

    This the 14th day of August, 2025.

Respectfully submitted,

/S/ CLIFTON T. BARRETT
United States Attorney
NCSB #12858
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to notify:

Daniel A. Harris, Esq.

                Respectfully submitted,

                /S/ CLIFTON T. BARRETT
                United States Attorney
                NCSB #12858
                United States Attorney's Office
                Middle District of North Carolina
                101 S. Edgeworth St., 4th Floor
                Greensboro, NC 27401